1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11

MICHAEL L. L.,[1]

12

Plaintiff,

13

v.

14

LELAND DUDEK,[2] Acting
Commissioner of Social Security,

15

16

Defendant.

17

Case No. CV 24-6161 DOC (PVC)

**ORDER ACCEPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE**

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records

19   and files herein, and the Report and Recommendation of the United States Magistrate

20   Judge.  The time for filing Objections to the Report and Recommendation has passed and

21   no Objections have been received.  Accordingly, the Court accepts the findings,

22   conclusions, and recommendations of the Magistrate Judge.

23

24

25

26      [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
27   Administration and Case Management of the Judicial Conference of the United States.

28      [2] Leland Dudek, Acting Commissioner of Social Security, is substituted for his
predecessor.  Fed. R. Civ. P. 25(d).

IT IS ORDERED that the decision of the Commissioner be REVERSED and that
the above-captioned action be REMANDED to the Commissioner for further action
consistent with the Court's Report and Recommendation of United States Magistrate
Judge.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
Judgment herein on counsel for Plaintiff and counsel for Defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 15, 2025

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE