JS-6

1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MICHAEL L. L.,[1]                          Case No. CV 24-6161 DOC (PVC)

12              Plaintiff,

13        v.                                     **JUDGMENT**

14   LELAND DUDEK,[2] Acting
     Commissioner of Social Security,

15
                Defendant.
16

17

18        IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that

19   the above-captioned action is REMANDED to the Commissioner for further action

20   consistent with the Court's Report and Recommendation of United States Magistrate

21   Judge.

22

23   DATED: May 15, 2025

24                                               _David O. Carter_
                                                 _____
25                                               DAVID O. CARTER
                                                 UNITED STATES DISTRICT JUDGE

26      [1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil
     Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
27   Administration and Case Management of the Judicial Conference of the United States.

28      [2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek, the
     Acting Commissioner of Social Security, is hereby substituted as the defendant.