UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Lawrence Lepo,<br><br>Plaintiff,<br><br>v.<br><br>Frank Bisignano, COMMISIONER OF SOCIAL SECURTY,<br><br>Defendant. | Case No. 2:24-cv-06161-DOC-PVC<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of EIGHT THOUSAND TWO HUNDRED AND 00/100 ($8,200), as authorized by 28 U.S.C. § 2412 and costs in the amount of FOUR HUNDRED AND FIVE AND 00/100 dollars ($405.00) under 28 U.S.C. §1920 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 8/14/25

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE